EUGENE SCALIA, SBN 151540
escalia@gibsondunn.com
KATHERINE MORAN MEEKS
(*pro hac vice forthcoming*)
    DC Bar No. 1028302
    kmeeks@gibsondunn.com
BRIAN A. RICHMAN
(*pro hac vice forthcoming*)
    DC Bar No. 230071
    brichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

(*Additional counsel listed on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION, | CASE NO. 2:24-cv-00801 |
| Plaintiffs, | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| CALIFORNIA AIR RESOURCES BOARD, LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board. | |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

BRADLEY J. HAMBURGER,
  SBN 266916
  bhamburger@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
ELIZABETH STRASSNER,
  SBN 342838
  estrassner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association*

DARYL JOSEFFER
(*pro hac vice forthcoming*)
  DC Bar No. 457185
  djoseffer@uschamber.com
TYLER BADGLEY
(*pro hac vice forthcoming*)
  DC Bar No. 1047899
  tbadgley@uschamber.com
KEVIN PALMER
(*pro hac vice forthcoming*)
  DC Bar No. 90014967
  kpalmer@uschamber.com
U.S. CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA
1615 H Street, NW
Washington, D.C. 20062-2000
Telephone:  202.659.6000

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

1       Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Chamber of
2   Commerce of the United States of America, California Chamber of Commerce,
3   American Farm Bureau Federation, Los Angeles County Business Federation, Central
4   Valley Business Federation and Western Growers Association each certifies that it
5   does not have a parent corporation, and no publicly held corporation owns more than
6   10% of its stock.

7       Pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for
8   Plaintiffs Chamber of Commerce of the United States of America, California Chamber
9   of Commerce, American Farm Bureau Federation, Los Angeles County Business
10  Federation, Central Valley Business Federation and Western Growers Association
11  certifies that, as of this date, other than the named plaintiffs and their members, no
12  other parties have a pecuniary interest in the outcome of this case.  These
13  representations are made to enable the Court to evaluate possible disqualification or
14  recusal.

DATED: January 30, 2024

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Bradley J. Hamburger*

Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Katherine Moran Meeks
(*pro hac vice forthcoming*)
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice forthcoming*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of
Commerce of the United States of America,
California Chamber of Commerce, American
Farm Bureau Federation, Los Angeles
County Business Federation, Central Valley
Business Federation and Western Growers
Association*

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

Daryl Joseffer (*pro hac vice forthcoming*)
Tyler Badgley (*pro hac vice forthcoming*)
Kevin Palmer (*pro hac vice forthcoming*)

*Attorneys for Plaintiff Chamber of
Commerce of the United States of America*