Kevin R. Palmer
Chamber of Commerce of the United States of America
1615 H Street, N.W.
Washington, D.C. 20062-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chamber of Commerce of the United States of America, California Chamber of Commerce, et al.<br><br>Plaintiff(s)<br>v.<br>California Air Resources Board et al.<br><br>Defendant(s). | **CASE NUMBER**<br>2:24-cv-00801-KS<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Palmer, Kevin R.  *of*  Chamber of Commerce of the United States of America
*Applicant's Name (Last Name, First Name & Middle Initial)*  1615 H Street, N.W.
202-659-6000    202-463-5302  Washington, D.C. 20062-2000
*Telephone Number*  *Fax Number*
kpalmer@uschamber.com
*E-Mail Address*  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Chamber of Commerce of the United States of America

Name(s) of Party(ies) Represented    ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Hamburger, Bradley J.    *of*  Gibson, Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  333 South Grand Avenue
266916   213-229-7000   213-229-7520  Los Angeles, CA 90071-3197
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
bhamburger@gibsondunn.com
*E-Mail Address*  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated  February 12, 2024    _/s/ Karen L. Stevenson_
              U.S. District Judge/U.S. Magistrate Judge