1  ROB BONTA
   Attorney General of California
2  GARY E. TAVETIAN (SBN 117135)
   Supervising Deputy Attorney General
3  M. ELAINE MECKENSTOCK (SBN 268861)
   CAITLAN MCLOON (SBN 302798)
4  EMILY HAJARIZADEH (SBN 325246)
   DYLAN REDOR (SBN 338136)
5  Deputy Attorneys General
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6438
7   Fax:  (916) 731-2128
    E-mail:  caitlan.mcloon@doj.ca.gov
8
   *Attorneys for Defendants California Air*
9  *Resources Board, Liane M. Randolph, and*
   *Steven S. Cliff*

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,** | Case No. 2:24-cv-00801 |
| | [Assigned to the Honorable Magistrate Judge Karen L. Stevenson] |
| | **JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
|                              Plaintiffs, | |
|              v. | Complaint Filed: January 30, 2024 |
| **CALIFORNIA AIR RESOURCES BOARD, LIANE M. RANDOLPH,** in her official capacity as Chair of the California Air Resources Board, and **STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board. | Trial Date: Not set |
|                              Defendants. | |

1

1     Plaintiffs Chamber of Commerce of the United States of America, California
2  Chamber of Commerce, American Farm Bureau Federation, Los Angeles County
3  Business Federation, Central Valley Business Federation, and Western Growers
4  Association (Plaintiffs) and Defendants California Air Resources Board, Liane M.
5  Randolph, in her official capacity as Chair of the California Air Resources Board,
6  and Steven S. Cliff, in his official capacity as Executive Officer of the California
7  Air Resources Board (Defendants), by and through their respective counsel of
8  record, hereby stipulate and agree to extend the time for Defendants to file a
9  responsive pleading in this matter and to set a briefing schedule regarding
10 Defendants' motion to dismiss as follows:
11    WHEREAS, on January 30, 2024, Plaintiffs filed a complaint for declaratory
12 and injunctive relief against Defendants (Dkt. 1);
13    WHEREAS, Plaintiffs served Defendants with the complaint on February 2,
14 2024;
15    WHEREAS, under Federal Rule of Civil Procedure 12, Defendants must file
16 a responsive pleading on or before February 23, 2024;
17    WHEREAS, Plaintiffs intend to file an amended complaint pursuant to
18 Federal Rule of Civil Procedure 15(a)(1), no later than Thursday, February 22,
19 2024;
20    WHEREAS, Plaintiffs have indicated that they intend to add one or more
21 additional Defendants when they amend their complaint;
22    WHEREAS, Plaintiffs' complaint challenges the constitutionality of two
23 recently enacted California statutes that Plaintiffs describe as "novel" (Dkt. 1, ¶ 1),
24 alleging that these statutes violate the First Amendment, the Supremacy Clause, and
25 the Commerce Clause;
26    ///
27    ///
28

2

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND
SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

1    WHEREAS, Defendants intend to file a motion to dismiss at least portions of
2 the complaint or anticipated amended complaint, on grounds that may include, but
3 are not limited to, sovereign immunity;
4    WHEREAS, the parties believe the issues likely to be addressed in
5 Defendants' motion to dismiss are complex enough that additional briefing time is
6 warranted to ensure the issues are effectively presented to the Court; and
7    WHEREAS, establishing a stipulated briefing schedule would provide the
8 parties additional time to confer about the allegations in the anticipated amended
9 complaint, facilitate orderly briefing, and aid in the Court's review of the issues
10 presented in Defendants' motion to dismiss;
11    WHEREFORE, the parties, by and through their counsel of record, HEREBY
12 AGREE AND STIPULATE as follows:
13    1.    The existing Defendants shall have until March 27, 2024, to file their
14 motion to dismiss, or other responsive pleading in this matter;
15    2.    Should Plaintiffs add additional Defendants to an amended complaint
16 filed on or by February 22, 2024, those new Defendants shall have until March 27,
17 2024, or 21 days from service, whichever is later, to respond to that complaint;
18    3.    Plaintiffs shall have until May 1, 2024, to file their opposition to any
19 motion to dismiss;
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28

3

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND
SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

4. Defendants shall have until May 29, 2024, to file their reply brief in support of their motion to dismiss;

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 21, 2024 | ROB BONTA<br>Attorney General of California<br>GARY E. TAVETIAN<br>Supervising Deputy Attorney General<br><br>By: */s/ Caitlan McLoon*[1]<br>　　CAITLAN MCLOON<br>　　M. ELAINE MECKESTOCK<br>　　EMILY HAJARIZADEH<br>　　DYLAN REDOR<br>　　Deputy Attorneys General<br><br>*Attorneys for Defendants California Air Resources Board, Liane M. Randolph, and Steven S. Cliff* |
| Dated: February 21, 2024 | GIBSON, DUNN & CRUTCHER LLP<br><br>By: */s/ Bradley J. Hamburger*<br>　　Bradley J. Hamburger<br><br>*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association* |

SA2024300503
66593523.docx

---

[1] I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

# CERTIFICATE OF SERVICE

Case Name: **Chamber of Commerce of the United States of America, et al. v. California Air Resources Board, et al.**

Case No.: **2:24-cv-00801**

I hereby certify that on <u>February 21, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 21, 2024</u>, at Los Angeles, California.

| Beatriz Davalos | /s/ Beatriz Davalos |
|---|---|
| Declarant | Signature |

SA2024300503
66591334.docx