Rob Bonta
Attorney General of California
Gary E. Tavetian (SBN 117135)
Myung J. Park (SBN 210866)
Supervising Deputy Attorneys General
M. Elaine Meckenstock (SBN 268861)
Caitlan McLoon (SBN 302798)
Emily Hajarizadeh (SBN 325246)
Dylan Redor (SBN 338136)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6438
 Fax: (916) 731-2128
 E-mail: caitlan.mcloon@doj.ca.gov
*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board.**<br><br>Defendants. | Case No. 2:24-cv-00801-FMO-PVCx<br><br>[Assigned to the Honorable Judge Fernando M. Olguin]<br><br>**ORDER ON STIPULATION [36] CONFIRMING COURT ORDERED BRIEFING SCHEDULE AND EXTENDING PERIOD FOR HEARING DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint Filed: January 30, 2024<br>FAC Filed: February 22, 2024<br>Trial Date: Not set |

1

# ORDER

Having considered the parties' "Joint Stipulation Seeking Confirmation of Court Ordered Briefing Schedule and Extending Period for Hearing Defendants' Motion to Dismiss," and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The parties may proceed with briefing pursuant to the schedule provided in the existing Order Granting Joint Stipulation Extending Time for Defendants to File Responsive Pleading and Setting Briefing Schedule for Defendants' Motion to Dismiss (Dkt. 30); and

2. Defendants' motion to dismiss shall be noticed for June 20, 2024, or as soon thereafter as the matter may be heard, in Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, to accommodate the parties' existing briefing schedule (Dkt. 30).

**IT IS SO ORDERED.**

Dated: March 26, 2024                         /s/
                                      Hon. Fernando M. Olguin
                                      United States District Judge

SA2024300503
66670956.docx

2

ORDER CONFIRMING BRIEFING SCHEDULE AND EXTENDING PERIOD FOR HEARING DEFENDANTS' MOTION TO DISMISS (2:24-cv-00801-FMO-PVCx)