ROB BONTA
Attorney General of California
GARY E. TAVETIAN (SBN 117135)
MYUNG J. PARK (SBN 210866)
Supervising Deputy Attorneys General
M. ELAINE MECKENSTOCK (SBN 268861)
CAITLAN MCLOON (SBN 302798)
EMILY HAJARIZADEH (SBN 325246)
DYLAN REDOR (SBN 338136)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6438
 Fax: (916) 731-2128
 E-mail: Caitlan.McLoon@doj.ca.gov
*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:24-cv-00801-FMO-PVCx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Date: June 20, 2024<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: The Honorable Fernando M. Olguin<br>Trial Date: Not Set<br>Action Filed: 1/30/2024 |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief (Dkt. 28), and the opposition and reply thereto, as well as oral argument presented by the parties, it is hereby ordered that Defendants' motion is GRANTED.  Plaintiffs' second and third causes of action are dismissed, with prejudice, because this Court lacks jurisdiction over those claims and because no claims can be stated under those theories. And Defendant Attorney General Bonta, in his official capacity, is dismissed as to all claims, with prejudice, as he is entitled to sovereign immunity under the Eleventh Amendment.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Fernando M. Olguin
United States District Judge for the
Central District of California

SA2024300503
66681049.docx

## CERTIFICATE OF SERVICE

Case Name:   **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.**

Case No.:   **2:24-cv-00801-FMO-PVCx**

I hereby certify that on March 27, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 27, 2024, at Los Angeles, California.

| Beatriz Davalos | /s/ Beatriz Davalos |
|---|---|
| Declarant | Signature |

SA2024300503
66591334.docx