ROB BONTA
Attorney General of California
GARY E. TAVETIAN (SBN 117135)
MYUNG J. PARK (SBN 210866)
Supervising Deputy Attorneys General
M. ELAINE MECKENSTOCK (SBN 268861)
CAITLAN MCLOON (SBN 302798)
EMILY HAJARIZADEH (SBN 325246)
DYLAN REDOR (SBN 338136)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6438
 Fax: (916) 731-2128
 E-mail: Caitlan.McLoon@doj.ca.gov
*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:24-cv-00801-FMO-PVCx<br><br>**DECLARATION OF CAITLAN MCLOON IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Date: June 20, 2024<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: The Honorable Fernando M. Olguin<br>Trial Date: Not Set<br>Action Filed: 1/30/2024 |

**DECLARATION OF CAITLAN MCLOON**

I, Caitlan McLoon, hereby declare:

1. I am a Deputy Attorney General for the California Department of Justice, a member of the bar of this Court, and an active member of the State Bar of California. I am counsel for Defendants in this case. All of the statements contained herein are based on my own personal knowledge and if called upon to testify I could and would competently testify thereto.

2. On March 19, 2024, my colleagues Elaine Meckenstock, Emily Hajarizadeh, Dylan Redor, and I had a video conference call pursuant to L.R. 7-3 and the Standing Order of this Court with counsel for Plaintiffs, Bradley J. Hamburger and Brian A. Richman, in which we discussed, among other matters, the basis of Defendants' intended motion to dismiss.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the International Financial Reporting Standards (IFRS) Foundation, IFRS Sustainability Disclosure Standards, Project Summary (June 2023), that is publicly available at https://www.ifrs.org/content/dam/ifrs/project/general-sustainability-related-disclosures/project-summary.pdf. The attached copy was downloaded from that URL on March 26, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpted pages from The Enhancement and Standardization of Climate-Related Disclosures for Investors, Securities and Exchange Commission, __ Fed. Reg. __ (adopted March 6, 2024), that is publicly available at https://www.sec.gov/files/rules/final/2024/33-11275.pdf. The attached copy was downloaded from that URL on March 26, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Assembly Committee on Appropriations Report on Senate Bill 261, dated August 16, 2023.

//

//

1     I declare under penalty of perjury that the foregoing are true and correct.

2 Executed on this day, the 27th of March, 2024, in Los Angeles, California.

3

4

5                                         /s/ Caitlan McLoon

                                        CAITLAN MCLOON

6                                         Deputy Attorney General

7

8

9

10

11

12

13

14 SA2024300503
66681053.docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:    **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.**

Case No.:    **2:24-cv-00801-FMO-PVCx**

I hereby certify that on March 27, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF CAITLAN MCLOON IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 27, 2024, at Los Angeles, California.

| Beatriz Davalos | /s/ Beatriz Davalos |
|---|---|
| Declarant | Signature |

SA2024300503
66591334.docx