BRADLEY J. HAMBURGER, SBN 266916
bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**

Plaintiffs,

**v.**

**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**

Defendants.

Case No. 2:24-cv-00801-ODW-PVC

Assigned to the Honorable Judge Otis D. Wright, II

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATES FOR THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT AS TO CLAIM I AND DEFENDANT'S MOTION TO DISMISS, AND REQUEST TO DEFER SCHEDULING CONFERENCE**

Complaint Filed: January 30, 2024
FAC Filed: February 22, 2024
Trial Date: Not set

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association (Plaintiffs) and Defendants Liane M. Randolph, in her official capacity as Chair of the California Air Resources Board, and Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Robert A. Bonta, in his official capacity as Attorney General of California (Defendants), by and through their respective counsel of record, hereby stipulate and seek the following relief from the Court:

WHEREAS, on January 30, 2024, Plaintiffs filed a complaint for declaratory and injunctive relief against Defendants (Dkt. 1);

WHEREAS, the case was initially assigned to Magistrate Judge Karen L. Stevenson for all purposes through the Magistrate Judge Direct Assignment Program (Dkt. 5);

WHEREAS, on February 22, 2024, Plaintiffs filed an amended complaint for declaratory and injunctive relief against Defendants (Dkt. 28);

WHEREAS, on February 23, 2024, Magistrate Judge Stevenson entered an Order Granting Joint Stipulation Extending Time for Defendants to File Responsive Pleading and Setting Briefing Schedule for Defendants' Motion to Dismiss (Dkt. 30);

WHEREAS, the Court's Order provides that (1) Defendants shall have until March 27, 2024, to file their motion to dismiss, (2) Plaintiffs shall have until May 1, 2024, to file their opposition to any motion to dismiss, and (3) Defendants shall have until May 29, 2024, to file their reply brief in support of their motion to dismiss (Dkt. 30);

WHEREAS, on March 12, 2024, the case was reassigned from Magistrate Judge Stevenson to Judge Fernando M. Olguin for all further proceedings (Dkt. 34);

WHEREAS, on March 26, 2024, Judge Olguin entered an Order confirming the briefing schedule entered by Magistrate Judge Stevenson (Dkt. 37);

WHEREAS, on March 27, 2024, Defendants filed a partial motion to dismiss Claims II and III in the amended complaint, as well as all claims against Attorney General Bonta (Dkt. 38);

WHEREAS, on March 29, 2024, the case was reassigned from Judge Olguin to Judge Otis D. Wright (Dkt. 41);

WHEREAS, on April 1, 2024, the Court entered an Order continuing the Scheduling Conference and the hearing on Defendants' motion to dismiss to June 24, 2024 at 1:30 PM;

WHEREAS, Plaintiffs intend to file a motion for summary judgment on Claim I in the amended complaint imminently;

WHEREAS, Defendants view Plaintiffs' planned motion for summary judgment as premature, given the early stage of this litigation (including the pending motion to dismiss), but acknowledge that Plaintiffs may move for summary judgment at any time;

WHEREAS, the parties disagree about the way this case should proceed at this stage, but have nonetheless negotiated a briefing schedule to avoid involving the Court in this dispute;

WHEREAS, given the early stage of this litigation, Defendants are still determining whether they will file a cross-motion for summary judgment on Claim I at this time and wish to preserve the option to do so in the schedule;

WHEREAS, the parties believe the issues likely to be addressed in the parties' anticipated motions for summary judgment are complex enough that additional briefing time is warranted to ensure the issues are effectively presented to the Court, and that interested persons or entities may desire to file amicus briefs to assist the Court in its consideration of those motions;

WHEREAS, Plaintiffs believe that hearing the issues likely to be addressed in the parties' anticipated motions for summary judgment at the same time as Defendants' motion to dismiss would conserve judicial and party resources, and while Defendants disagree, they have acquiesced to Plaintiffs' request in the spirit of compromise;

WHEREAS, given the potential impact of the pending motion to dismiss and anticipated summary judgment motion(s) on the scope of this litigation, good cause exists to defer the Scheduling Conference until after the Court's resolution of the parties' motions; and

WHEREAS, nothing in this Stipulation and [Proposed] Order forecloses Defendants' ability to move for relief under Federal Rule of Civil Procedure 56(d), once Defendants have had an opportunity to review Plaintiffs' summary judgment papers;

WHEREFORE, the parties, by and through their counsel of record, HEREBY AGREE AND STIPULATE as follows:

1. Plaintiffs shall have until May 24, 2024 to file their motion for summary judgment;

2. Any amicus briefs in support of Plaintiffs' motion for summary judgment shall be filed by May 31, 2024;

3. The deadline for Defendants to file a reply in support of their motion to dismiss, currently set for May 29, 2024, shall be continued to June 5, 2024;

4. Defendants' opposition to Plaintiffs' motion for summary judgment and anticipated cross-motion for summary judgment[1] shall be filed by July 17, 2024;

[1] Should Defendants decline to bring a cross-motion for summary judgment on this schedule, nothing in this Stipulation and [Proposed] Order shall serve as a limit on Defendants' ability to move for summary judgment on any cause of action, including Claim 1, at a later date.

5. Any amicus briefs in support of Defendants' opposition to Plaintiffs' motion for summary judgment and Defendants' potential cross-motion for summary judgment shall be filed by July 24, 2024;

6. Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' potential cross-motion for summary judgment shall be filed by August 7, 2024;

7. Defendants' reply in support of its cross-motion for summary judgment (if filed) shall be filed by August 28, 2024;

8. Plaintiffs' motion for summary judgment and Defendants' potential cross-motion for summary judgment shall be noticed for a hearing on September 11, 2024, or as soon thereafter as the matter may heard, in Courtroom 5D of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012;

9. The hearing on Defendants' motion to dismiss is continued to September 11, 2024, or as soon thereafter as the matter may heard, to facilitate the Court's consideration of all pending motions at the same time; and

10. The Scheduling Conference, the conference between the parties to discuss the matters set forth in Fed. R. Civ. P. 26(f), and the deadline for filing the joint Rule 26(f) report are deferred until after the Court's resolution of Defendants' motion to dismiss, Plaintiffs' motion for summary judgment, and Defendants' cross-motion for summary judgment (if filed), and the June 24, 2024 Scheduling Conference is vacated.

**IT IS SO STIPULATED.**

Dated: May 14, 2024

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*[2]
Bradley J. Hamburger

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

Dated: May 14, 2024

ROB BONTA
Attorney General of California
GARY E. TAVETIAN
Supervising Deputy Attorney General

By: */s/ Caitlan McLoon*
CAITLAN MCLOON
Deputy Attorney General

*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

[2] I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.