NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>        **v.**<br><br>CALIFORNIA AIR RESOURCES BOARD et al.,<br><br>                              Defendants. | Case No. 2:24-cv-00801-ODW-PVC<br><br>ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATES FOR THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT AS TO CLAIM I AND DEFENDANT'S MOTION TO DISMISS, AND REQUEST TO DEFER SCHEDULING CONFERENCE |

## ORDER

Having considered the parties' Joint Stipulation, (ECF No. 44), and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1.      Plaintiffs shall have until May 24, 2024 to file their motion for summary judgment;

2.      Any amicus briefs in support of Plaintiffs' motion for summary judgment shall be filed by June 5, 2024;

3.     The deadline for Defendants to file a reply in support of their motion to dismiss shall be continued to June 7, 2024;

4.     Defendants' opposition to Plaintiffs' motion for summary judgment and potential cross-motion for summary judgment shall be filed by July 15, 2024;

5.     Any amicus briefs in support of Defendants' opposition to Plaintiffs' motion for summary judgment and Defendants' potential cross-motion for summary judgment shall be filed by July 24, 2024;

6.     Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' potential cross-motion for summary judgment shall be filed by August 5, 2024;

7.     Defendants' reply in support of its cross-motion for summary judgment (if filed) shall be filed by August 26, 2024;

8.     Plaintiffs' motion for summary judgment and Defendants' potential cross-motion for summary judgment shall be noticed for a hearing on September 9, 2024, or as soon thereafter as the matter may heard, in Courtroom 5D of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012;

9.     The hearing on Defendants' motion to dismiss, (ECF No. 38), is **CONTINUED** to September 9, 2024, at 1:30 p.m., to facilitate the Court's consideration of all pending motions at the same time; and

10.     The Scheduling Conference currently set for June 24, 2024 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: May 17, 2024          By: _____

Hon. Otis D. Wright, II
United States District Judge