ROB BONTA
Attorney General of California
GARY E. TAVETIAN
Supervising Deputy Attorney General
State Bar No. 117135
DYLAN REDOR
Deputy Attorney General
State Bar No. 338136
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6706
  Fax:  (916) 731-2128
  E-mail:  Dylan.redor@doj.ca.gov

*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>                                   Plaintiffs,<br><br>         v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>                                   Defendants. | Case No. 2:24-cv-00801-ODW-PVC<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' RULE 56(D) MOTION**<br><br>Date:         September 9, 2024<br>Time:        1:30 PM<br>Courtroom: 5D<br>Judge:       The Honorable Otis D. Wright, II<br><br>Trial Date:  Not Set<br>Complaint Filed: January 30, 2024 |

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association (Plaintiffs) and Defendants Liane M. Randolph, in her official capacity as Chair of the California Air Resources Board, and Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Robert A. Bonta, in his official capacity as Attorney General of California (Defendants), by and through their respective counsel of record, hereby stipulate and seek to amend the briefing schedule pertaining to Plaintiffs' motion for summary judgment without altering the hearing date and without shortening the time that the parties submit their briefs in advance of the hearing date, as follows:

WHEREAS, on January 30, 2024, Plaintiffs filed a complaint for declaratory and injunctive relief against Defendants (Dkt. 1);

WHEREAS, on February 22, 2024, Plaintiffs filed a First Amended Complaint against Defendants (Dkt. 28);

WHEREAS, on March 27, 2024, Defendants filed a motion to dismiss Plaintiffs' second and third claims in their entirety, as well as Plaintiffs' first claim against Attorney General Bonta (Dkt. 38);

WHEREAS, Plaintiffs then notified Defendants of Plaintiffs' intention to imminently file a motion for summary judgment on their first claim;

WHEREAS, on May 14, 2024, the parties filed a stipulation and proposed order setting forth an orderly briefing schedule on Defendants' motion to dismiss and Plaintiffs' motion for summary judgment;

WHEREAS, on May 17, 2024, the Court entered an order vacating the status conference previously scheduled for June 24, 2024, granting the parties' stipulation, and establishing the following briefing schedule:

    1.    May 24, 2024: Deadline for Plaintiffs' motion for summary judgment;

2

**STIPULATION REGARDING BRIEFING SCHEDULE**

2. June 5, 2024: Deadline for amicus briefs in support of Plaintiffs' motion for summary judgment;

3. June 7, 2024: Deadline for Defendants' reply in support of their motion to dismiss;

4. July 15, 2024: Deadline for Defendants' opposition to Plaintiffs' motion for summary judgment and potential cross-motion for summary judgment;

5. July 24, 2024: Deadline for amicus briefs in support of Defendants' opposition to Plaintiffs' motion for summary judgment;

6. August 5, 2024: Deadline for Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' potential cross-motion for summary judgment;

7. August 26, 2024: Deadline for Defendants' reply in support of their cross-motion for summary judgment (if filed);

8. September 9, 2024: Hearing on Plaintiffs' motion for summary judgment, Defendants' potential cross-motion for summary judgment, and Defendants' motion to dismiss, in Courtroom 5D of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012;

WHEREAS, Plaintiffs filed their motion for summary judgment and Defendants filed their reply in support of their motion to dismiss, respectively, as set forth in the Court's briefing schedule;

WHEREAS, having examined Plaintiffs' motion for summary judgment papers in detail, Defendants have determined that filing a Motion for Additional Time to Obtain Discovery under Federal Rule of Civil Procedure 56(d) is appropriate;

3

**STIPULATION REGARDING BRIEFING SCHEDULE**

WHEREAS, on July 8, 2024, the parties met and conferred pursuant to Local Rule 7-3, in regards to Defendants' Rule 56(d) motion, and Plaintiffs indicated their intention to oppose Defendants' Rule 56(d) motion;

WHEREAS, the parties agree that a stipulated briefing schedule would aid their ability to effectively present the issues to the Court, and allow alignment with the summary judgment briefing;

WHEREAS the parties seek to amend the briefing schedule pertaining to Plaintiffs' motion for summary judgment in light of the above, without altering the hearing date and without shortening the time that the parties submit their briefs in advance of the hearing date;

WHEREAS, the parties agree that further, minor modifications to the existing briefing schedule will help ensure that the complex issues likely to be addressed in briefing Plaintiffs' motion for summary judgment and Defendants' Rule 56(d) motion can be effectively presented to the Court, while preserving adequate time for the Court's review;

WHEREFORE, the parties, by and through their counsel of record, HEREBY AGREE AND STIPULATE to amend the briefing schedule set forth in the Court's May 17, 2024 order as follows:

| Filing | Old Date | New Date |
|---|---|---|
| Defendants' Opposition to Plaintiffs' MSJ | July 15 | **July 24** |
| Defendants' Rule 56(d) Motion | | **July 24** |
| Amicus Briefs in support of Defendants | July 24 | **Aug. 5** |
| Plaintiffs' Reply in support of their Motion for Summary Judgment | Aug. 5 | **Aug. 19** |
| Plaintiffs' Opposition to Defendants' Rule 56(d) Motion | | **Aug. 19** |
| Defendants' Reply in support of their Rule 56(d) Motion | | **Aug. 26** |
| Hearing | Sept. 9 at 1:30 p.m. | **Sept. 9 at 1:30 p.m.** |

**STIPULATION REGARDING BRIEFING SCHEDULE**

**IT IS SO STIPULATED:**

Dated: July 9, 2024

ROB BONTA
Attorney General of California
GARY E. TAVETIAN
Supervising Deputy Attorney General

By: */s/ Dylan C. Redor*[1]
　　DYLAN REDOR
　　M. ELAINE MECKENSTOCK
　　CAITLAN MCLOON
　　EMILY HAJARIZADEH
　　KATHERINE GAUMOND
　　Deputy Attorneys General

*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

Dated: July 9, 2024

GIBSON DUNN

By: */s/ Bradley J. Hamburger*
　　Bradley J. Hamburger

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

---

[1] I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**STIPULATION REGARDING BRIEFING SCHEDULE**

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.** | No. | **2:24-cv-00801-ODW-PVC** |

I hereby certify that on <u>July 9, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' RULE 56(D) MOTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 9, 2024</u>, at Los Angeles, California.

| | |
|---|---|
| Libby Tecson | */s/ Libby Tecson* |
| Declarant | Signature |

SA2024300503
66917240.docx