UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:24-cv-00801-ODW-PVC<br><br>**ORDER**<br><br>Date:         September 9, 2024<br>Time:         1:30 PM<br>Courtroom:  5D<br>Judge:         The Honorable Otis D. Wright, II<br><br>Trial Date:        Not Set<br>Complaint Filed: January 30, 2024 |

1

**[PROPOSED] ORDER**

# ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The deadline for Defendants to file their opposition to Plaintiffs' motion for summary judgment shall be continued to July 24, 2024;

2. Defendants shall file their Rule 56(d) motion no later than July 24;

3. The deadline for any amicus briefs in support of Defendants' motion for summary judgment to be filed shall be continued to August 5, 2024;

4. The deadline for Plaintiffs to file their reply brief in support of their motion for summary judgment shall be continued to August 19, 2024;

5. Plaintiffs shall file their opposition to Defendants' Rule 56(d) motion no later than August 19, 2024;

6. Defendants shall file their reply in support of their Rule 56(d) motion no later than August 26, 2024;

7. The hearing on Defendants' Rule 56(d) motion is set for September 9, 2024, at 1:30 p.m., in Courtroom 5D of the United States District Court for the Central District of California, located at 530 W. 1st St., Los Angeles, CA 90012, to facilitate the Court's consideration of all pending motions at the same time;

**IT IS SO ORDERED.**

Dated: July 10, 2024

By: _____
Hon. Otis D. Wright, II
United States District Judge

2

**[PROPOSED] ORDER**

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.** | No. | **2:24-cv-00801-ODW-PVC** |

I hereby certify that on <u>July 9, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 9, 2024</u>, at Los Angeles, California.

| | |
|---|---|
| Libby Tecson | */s/ Libby Tecson* |
| Declarant | Signature |

SA2024300503
66917240.docx