ROB BONTA
Attorney General of California
GARY E. TAVETIAN (SBN 117135)
MYUNG J. PARK (SBN 210866)
Supervising Deputy Attorneys General
M. ELAINE MECKENSTOCK (SBN 268861)
CAITLAN MCLOON (SBN 302798)
EMILY HAJARIZADEH (SBN 325246)
DYLAN REDOR (SBN 338136)
KATHERINE GAUMOND (SBN 349453)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6438
  Fax:  (916) 731-2128
  E-mail:  Caitlan.McLoon@doj.ca.gov
*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | 2:24-cv-00801-ODW-PVC<br><br>**DEFENDANTS' NOTICE OF MOTION TO DENY OR DEFER PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON CLAIM I UNDER RULE 56(d)**<br><br>Date:          September 9, 2024<br>Time:          1:30 PM<br>Courtroom:  5D<br>Judge:         The Honorable Otis D. Wright, II<br>Trial Date:   Not Set<br>Action Filed: 1/30/2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 9, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Court, before the Honorable Otis D. Wright II, United States District Judge, in Courtroom 5D of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendants Liane M. Randolph, in her official capacity as Chair of the California Air Resources Board, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Robert A. Bonta, in his official capacity as Attorney General of California (Defendants), by and through their undersigned counsel, will, and hereby do, move this Court for an order denying or deferring Plaintiffs' motion for summary judgment.

This motion is brought pursuant to Rule 56(d) of the Federal Rules of Civil Procedure.  If this Court is not inclined to deny Plaintiffs' Motion for Summary Judgment on Claim I (ECF No. 48) outright, it should deny or defer the motion for summary judgment to allow time for Defendants to take certain discovery, and thereby "present facts essential to justify [their] opposition."  Fed. R. of Civ. P. 56(d).  Defendants have set forth the facts sought, established that these facts exist, and demonstrated how these facts are essential to oppose summary judgment.  *See Family Home & Fin. Ctr., Inc. v. Fed. Home Loan Mortg. Corp.*, 525 F.3d 822, 827 (9th Cir. 2008).  Defendants have been unable to obtain these facts because discovery has not yet opened, and therefore are entitled to this relief.  *See Burlington N. Santa Fe R. Co. v. Assiniboine & Sioux Tribes of Fort Peck Reservation*, 323 F.3d 767, 773 (9th Cir. 2003) ("[B]efore a party has had any realistic opportunity to pursue discovery relating to its theory of the case," Rule 56(d) requests should be granted "fairly freely.").

Defendants' motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of

1  Caitlan McLoon and attached papers, the concurrently filed Memorandum in
2  Opposition of Plaintiffs' Motion for Summary Judgment, all documents in the
3  Court's file, and other such written and oral argument as may be presented to the
4  Court.  This motion is made following the conference of counsel pursuant to L.R.
5  7-3 and the Court's standing order, which took place on July 8, 2024. *See* Decl. of
6  Caitlan McLoon ¶ 6.

Dated:  July 24, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
GARY E. TAVETIAN
MYUNG J. PARK
Supervising Deputy Attorney General
M. ELAINE MECKENSTOCK
EMILY HAJARIZADEH
DYLAN REDOR
KATHERINE GAUMOND
Deputy Attorneys General


*/s/ Caitlan McLoon*

CAITLAN MCLOON
Deputy Attorney General
*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

SA2024300503
66958733.docx

# CERTIFICATE OF SERVICE

Case Name: **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.**

Case No.: **2:24-cv-00801-ODW-PVC**

I hereby certify that on <u>July 24, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION TO DENY OR DEFER PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON CLAIM I UNDER RULE 56(d)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 24, 2024</u>, at Los Angeles, California.

| Caitlan McLoon | /s/ Caitlan McLoon |
|---|---|
| Declarant | Signature |