UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:24-cv-00801-ODW-PVCx<br><br>**ORDER GRANTING LEAVE TO FILE SUR-REPLIES TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON CLAIM I** |

**ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.  Defendants are permitted to file a sur-reply addressing *NetChoice, LLC v. Bonta*, -- F.4th --, 2024 WL 3838423 (9th Cir. Aug. 16, 2024), of no more than 500 words, on or before September 3, 2024; and

2.  Plaintiffs are permitted to file a response to Defendants' sur-reply addressing *NetChoice, LLC v. Bonta*, -- F.4th --, 2024 WL 3838423 (9th Cir. Aug. 16, 2024), of no more than 250 words, on or before September 5, 2024.

**IT IS SO ORDERED.**

Dated:  August 30, 2024

HON. OTIS D. WRIGHT, II
United States District Judge