EUGENE SCALIA, SBN 151540
  escalia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

(*Additional counsel listed on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California.<br><br>Defendants. | CASE NO. 2:24-cv-00801-ODW-PVC<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUR-REPLY**<br>[F.R.C.P. 56]<br><br>**<u>HEARING:</u>**<br><br>Date:      Oct. 15, 2024<br>Time:     1:30 PM<br>Location: Courtroom 5D<br>Judge:    Otis D. Wright II |

BRADLEY J. HAMBURGER,
   SBN 266916
   bhamburger@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
   seckman@gibsondunn.com
ELIZABETH STRASSNER,
   SBN 342838
   estrassner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

BRIAN A. RICHMAN
(*pro hac vice*)
   DC Bar No. 230071
   brichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX  75201-2923
Telephone:  214.698.3100
Facsimile:   214.571.2900

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

DARYL JOSEFFER
(*pro hac vice*)
   DC Bar No. 457185
   djoseffer@uschamber.com
TYLER S. BADGLEY
(*pro hac vice*)
   DC Bar No. 1047899
   tbadgley@uschamber.com
KEVIN PALMER
(*pro hac vice*)
   DC Bar No. 90014967
   kpalmer@uschamber.com
CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA
1615 H Street, NW
Washington, D.C.  20062-2000
Telephone:  202.659.6000
Facsimile:   202.463.5302

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

1  While the State seeks to evade summary judgment by portraying this case as factually and legally complex, *NetChoice, LLC v. Bonta*, — F.4th —, 2024 WL 3838423 (9th Cir. 2024), illustrates the straightforward First Amendment analysis that compels judgment for Plaintiffs. "Speech is commercial when it does no more than propose a commercial transaction." *Id.* at *11. There was thus "no question" strict scrutiny applied, because a "covered business must do far more than propose a commercial transaction" under the law at issue there. *Id.* at *11-12. So too here. Further, unlike "disclosures of privacy policies and community standards to users of internet platforms" the State cites, SSR 3, S.B. 253 and 261 are *not* point-of-sale disclosures, *see NetChoice*, 2024 WL 3838423, at *15, so *Zauderer* is inapplicable.

S.B. 253 and 261 "compel[] speech with a particular message about controversial issues." *NetChoice*, 2024 WL 3838423, at *12. The State's suggestion that the laws "do not even require a company to form opinions on its climate risk," SSR 1, is untrue—companies must determine their "climate-related financial risk, in accordance with the recommended framework and disclosures," Cal. Health & Safety Code § 38533(b)(1)(A)(i), which require "assess[ment] [of] potential impacts" of "climate-related issues," even when they are "not … clear," Dkt. 48-23 at 8, similar to *NetChoice*, 2024 WL 3838423, at *8. That companies are not required to "censor content," SSR 2, is immaterial; the State confuses the reasons the law in *NetChoice* was invalidated with the general tests affirmed by the court.

| | | |
|---|---|---|
| 1 | DATED: September 5, 2024 | Respectfully submitted, |
| 2 | | GIBSON, DUNN & CRUTCHER LLP |

By: */s/ Bradley J. Hamburger*
Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Daryl Joseffer (*pro hac vice*)
Tyler S. Badgley (*pro hac vice*)
Kevin Palmer (*pro hac vice*)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association, certifies that this brief contains 250 words, which complies with the Court's order of August 30, 2024 (Dkt. 63).

DATED: September 5, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Daryl Joseffer (*pro hac vice*)
Tyler S. Badgley (*pro hac vice*)
Kevin Palmer (*pro hac vice*)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*