BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:24-cv-00801-ODW-PVC<br><br>Assigned to the Honorable Judge Otis D. Wright, II<br><br>**JOINT STIPULATION FOR COURT ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING** *X CORP. v. BONTA*<br><br>**<u>HEARING:</u>**<br><br>Date:      Oct. 15, 2024<br>Time:      1:30 PM<br>Location:  Courtroom 5D<br>Judge:     Otis D. Wright II<br><br>Complaint Filed: January 30, 2024 |

1   Plaintiffs Chamber of Commerce of the United States of America, California
2   Chamber of Commerce, American Farm Bureau Federation, Los Angeles County
3   Business Federation, Central Valley Business Federation, and Western Growers
4   Association (Plaintiffs) and Defendants Liane M. Randolph, in her official capacity
5   as Chair of the California Air Resources Board, Steven S. Cliff, in his official
6   capacity as Executive Officer of the California Air Resources Board, and Robert A.
7   Bonta, in his official capacity as Attorney General of California (Defendants), by and
8   through their respective counsel of record, hereby stipulate and seek the following
9   relief from the Court:
10      WHEREAS, on May 24, 2024, Plaintiffs filed a Motion for Summary
11  Judgment on Claim I (Dkt. 48);
12      WHEREAS, on July 24, 2024, Defendants filed their Opposition to Plaintiffs'
13  motion for summary judgment (Dkt. 52);
14      WHEREAS, on August 16, 2024, the Ninth Circuit issued a decision in
15  *NetChoice, LLC v. Bonta*, -- F.4th --, 2024 WL 3838423 (9th Cir. Aug. 16, 2024),
16  addressing a First Amendment challenge to the California Age-Appropriate Design
17  Code Act;
18      WHEREAS, on August 19, 2024, Plaintiffs filed their Reply in support of
19  Plaintiffs' motion for summary judgment (Dkt. 59);
20      WHEREAS, on August 30, 2024, this Court signed a stipulation and proposed
21  order permitting Defendants to respond to Plaintiffs' arguments about and otherwise
22  address the *NetChoice* decision;
23      WHEREAS, on September 3, 2024, Defendants filed their Sur-Reply
24  concerning *NetChoice* in opposition to Plaintiffs' motion for summary judgment
25  (Dkt. 64);
26      WHEREAS, on September 5, 2024, Plaintiffs filed their Response to
27  Defendants' Sur-Reply concerning *NetChoice* (Dkt. 66);
28

1. WHEREAS, on September 4, 2024, the Ninth Circuit issued a decision in *X Corp. v. Bonta*, — F.4th —, 2024 WL 4033063 (9th Cir. Sept. 4, 2024), addressing a First Amendment challenge to California Assembly Bill 587;

WHEREAS the parties agree that supplemental briefing regarding the Ninth Circuit's decision in *X Corp.* will aid in the Court's understanding of the issues presented in Plaintiffs' motion for summary judgment, which is set for hearing on October 15, 2024.

WHEREFORE, the parties, by and through their counsel of record, HEREBY AGREE AND STIPULATE as follows:

1. Plaintiffs are permitted to file a supplemental brief addressing *X Corp. v. Bonta*, — F.4th —, 2024 WL 4033063 (9th Cir. Sept. 4, 2024), of no more than 1,000 words, on or before September 19, 2024;

2. Defendants are permitted to file a supplemental response brief addressing *X Corp. v. Bonta*, — F.4th —, 2024 WL 4033063 (9th Cir. Sept. 4, 2024), of no more than 1,000 words, on or before September 26, 2024; and,

3. Plaintiffs are permitted to file a reply to Defendants' supplemental brief, of no more than 400 words, on or before October 1, 2024.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 13, 2024 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Bradley J. Hamburger*[1] |
| | Bradley J. Hamburger |
| | *Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association* |
| Dated: September 13, 2024 | ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General |
| | By: */s/ Caitlan McLoon* |
| | CAITLAN MCLOON<br>Deputy Attorney General |
| | *Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta* |

---

[1] I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.