EUGENE SCALIA, SBN 151540
  escalia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M. St. N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

(*Additional counsel listed on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California.<br><br>Defendants. | CASE NO. 2:24-cv-00801-ODW-PVC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**HEARING:**<br>Date:     May 5, 2025<br>Time:     1:30 PM<br>Location: Courtroom 5D<br>Judge:    Otis D. Wright II |

BRADLEY J. HAMBURGER,
   SBN 266916
   bhamburger@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
   seckman@gibsondunn.com
ELIZABETH STRASSNER,
   SBN 342838
   estrassner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

BRIAN A. RICHMAN
(*pro hac vice*)
   DC Bar No. 230071
   brichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100
Facsimile: 214.571.2900

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

STEPHANIE A. MALONEY
(*pro hac vice* forthcoming)
   DC Bar No. 104427
   smaloney@uschamber.com
KEVIN PALMER
(*pro hac vice*)
   DC Bar No. 90014967
   kpalmer@uschamber.com
CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA
1615 H Street, NW
Washington, D.C. 20062-2000
Telephone: 202.659.6000
Facsimile: 202.463.5302

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

**TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 5, 2025 at 1:30 PM, or as soon thereafter as may be heard by the Court, before the Honorable Otis D. Wright II, United States District Judge, in Courtroom 5D of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association will, and hereby do, move pursuant to Federal Rule of Civil Procedure 65(a) for a preliminary injunction based on Plaintiffs' Claim I (Violation of the First Amendment Under 42 U.S.C. § 1983).  Dkt. 28.  Plaintiffs are entitled to an order preliminarily enjoining Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta ("Defendants" or the "State") from enforcing both S.B. 253, Cal. Health & Safety Code § 38532, and S.B. 261, Cal. Health & Safety Code § 38533.  Plaintiffs are likely to succeed on the merits of their First Amendment Claim, they are likely to suffer irreparable harm absent a preliminary injunction, the balance of equities tip in Plaintiffs' favor, and a preliminary injunction is in the public interest.  *See X Corp. v. Bonta*, 116 F.4th 888, 897 (9th Cir. 2024).

*First*, Plaintiffs are likely to succeed in showing that, in a substantial number of applications, S.B. 253 and 261 infringe on Plaintiffs' freedom "to remain silent." *303 Creative LLC v. Elenis*, 600 U.S. 570, 586 (2023).  Under the Ninth Circuit's framework for assessing preliminary injunctions in the First Amendment context, Plaintiffs need only establish "a colorable claim that [their] First Amendment rights . . . are threatened with infringement." *Meinecke v. City of Seattle*, 99 F.4th 514, 521 (9th Cir. 2024).  Plaintiffs have done that, and therefore "the burden shifts to the government to justify" the laws—a burden the government cannot meet here.  *Id.*  Because S.B. 253 and 261 compel speech, they are presumptively unconstitutional and trigger strict scrutiny. *Nat'l Inst. of Family & Life Advocates v. Becerra* (*NIFLA*), 585 U.S. 755, 766 (2018).  No

exceptions to strict scrutiny apply. *See X Corp.*, 116 F.4th at 901-02. And the State is unable to meet its burden to show that the laws survive any form of scrutiny—including strict scrutiny—because: (1) there is not a compelling or substantial state interest; (2) the laws are not narrowly tailored, and (3) the laws are both vague and have no historical pedigree. *See CTIA – The Wireless Ass'n v. City of Berkeley*, 928 F.3d 832, 844 (9th Cir. 2019); *NetChoice, LLC v. Bonta*, 113 F.4th 1101, 1121 (9th Cir. 2024); *NIFLA*, 585 U.S. at 767; *O'Brien v. Welty*, 818 F.3d 920, 930 (9th Cir. 2016).

*Second*, Plaintiffs will suffer irreparable harm absent a preliminary injunction, as they will be compelled to speak on the controversial issue of climate change. *See, e.g., X Corp.*, 116 F.4th and 903-04. "The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976). And Plaintiffs and their member companies "already are expending time and funds preparing for enforcement" of S.B. 253 and 261. *NetChoice, LLC v. Bonta*, 692 F. Supp. 3d 924, 964 (N.D. Cal. 2023), *aff'd in relevant part*, 113 F.4th 1101 (9th Cir. 2024).

*Third* and *fourth*, the balance of the equities and the public interest require that a preliminary injunction issue. *See Nken v. Holder*, 556 U.S. 418, 435 (2009) (noting that the third and fourth factors "merge" when the "[g]overnment is the opposing party"). "[I]t is always in the public interest to prevent the violation of a party's constitutional rights." *Baird v. Bonta*, 81 F.4th 1036, 1042 (9th Cir. 2023). And the "fact that [Plaintiffs] have raised serious First Amendment questions compels a finding that . . . the balance of hardships tips sharply in [Plaintiffs'] favor." *Am. Beverage Ass'n v. City of San Francisco*, 916 F.3d 749, 756, 758 (9th Cir. 2019) (en banc).

This Motion is based on this Notice of Motion and Motion for Preliminary Injunction; the accompanying Memorandum of Points and Authorities; the concurrently filed declarations of Bradley J. Hamburger, Thomas Quaadman, Ben Golombek, Cory Lunde, and David Englin; all pleadings, records, and files in this action; all matters of which

1  judicial notice may or shall be taken; and any other oral or written evidence or argument
2  that the Court may consider.
3      This Motion is made following the conference between counsel for Plaintiffs and
4  Defendants, pursuant to Central District Local Rule 7-3, which took place on February
5  12, 2024.  *See* Declaration of Bradley J. Hamburger ¶ 2.
6  DATED: February 25, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Bradley J. Hamburger*
Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association*

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

Stephanie Maloney (pro hac vice forthcoming)
Kevin Palmer (*pro hac vice*)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*