UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:24-cv-00801-ODW-PVCx<br><br>**ORDER GRANTING STIPULATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING DEFENDANTS' TIME TO ANSWER** |

# ORDER

Having considered the parties' Joint Stipulation, (ECF No. 80, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. Defendants shall file their opposition to Plaintiffs' motion for preliminary injunction on or before April 7, 2025;

2. Plaintiffs shall file their reply in support of their motion for preliminary injunction on or before April 21, 2025; and

3. Defendants' deadline to answer Plaintiffs' First Amended Complaint shall be extended from March 10, 2025, to March 17, 2025;

**IT IS SO ORDERED.**

Dated:  February 27, 2025

<u>                                    </u>
Honorable Otis D. Wright, II
United States District Judge