IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California.<br><br>Defendants. | CASE NO. 2:24-cv-00801-ODW-PVC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING RESCHEDULING OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:    Honorable Otis D. Wright II, U.S. District Judge |

1  Having considered the joint stipulation of Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association, and Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta:

The Court hereby CONTINUES the hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 78) currently scheduled for June 24, 2025 to [DATE] at [TIME].

**IT IS SO ORDERED.**

Date: _____, 2025

_____
Honorable Otis D. Wright II
United States District Judge