UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-00801-ODW-PVC | Date: July 1, 2025 |
| Title Chamber of Commerce of the United States of America, et al. v. California Air Resources Board, et al. | |

Present: The Honorable:    OTIS D. WRIGHT, II, United States District Judge

| Maria Lindaya | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian Richman | Caitlan McLoon |
| Eugene Scalia | Dylan Redor |

**Proceedings:** MOTION FOR PRELIMINARY INJUNCTION [78]

Case called, appearances made. The Court, having carefully considered the papers and having heard oral arguments of counsel, takes the motion under submission. A final order will be issued.

1:04

**Initials of Preparer**    mal