EUGENE SCALIA, SBN 151540
  escalia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M St. N.W.
Washington, D.C.  20036
Telephone:  202.955.8500
Facsimile:   202.467.0539

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

(*Additional counsel listed on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California.<br><br>Defendants. | CASE NO. 2:24-cv-00801-ODW-PVC<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**<br><br>Location:  Courtroom 5D<br>Judge:       Otis D. Wright II |

BRADLEY J. HAMBURGER,
  SBN 266916
  bhamburger@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
ELIZABETH STRASSNER,
  SBN 342838
  estrassner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

BRIAN A. RICHMAN
(*pro hac vice*)
  DC Bar No. 230071
  brichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX  75201-2923
Telephone:  214.698.3100
Facsimile:   214.571.2900

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

STEPHANIE A. MALONEY
(*pro hac vice*)
  DC Bar No. 104427
  smaloney@uschamber.com
KEVIN PALMER
(*pro hac vice*)
  DC Bar No. 90014967
  kpalmer@uschamber.com
CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA
1615 H Street, NW
Washington, D.C.  20062-2000
Telephone:  202.659.6000
Facsimile:   202.463.5302

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association (Plaintiffs) and Defendants Liane M. Randolph, in her official capacity as Chair of the California Air Resources Board, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Robert A. Bonta, in his official capacity as Attorney General of California (Defendants), by and through their respective counsel of record, hereby stipulate and seek the following relief from the Court:

WHEREAS, on August 13, 2025, this Court issued an order denying Plaintiffs' motion for a preliminary injunction (Dkt. 112);

WHEREAS, on August 15, 2025, the parties met and conferred regarding Plaintiffs' intention to notice an appeal of the order denying the motion for a preliminary injunction and to file a motion seeking an injunction pending appeal from this Court, in accordance with Federal Rule of Appellate Procedure 8(a)(1)(C);

WHEREAS, Plaintiffs seek an expedited briefing schedule on Plaintiffs' motion seeking an injunction pending appeal, so they can, if necessary, seek an injunction pending appeal from the Ninth Circuit before the obligations of Senate Bills 253 and 261 go into effect;

WHEREAS, Plaintiffs intend to request that the Court resolve its forthcoming motion seeking an injunction pending appeal by September 15, 2025, or as soon thereafter as feasible;

WHEREAS, to avoid the burdens of an *ex parte* application, the parties have agreed to a briefing schedule;

WHEREFORE, the parties, by and through their counsel of record, HEREBY AGREE AND STIPULATE as follows:

1. Plaintiffs will file their motion for injunction pending appeal by Wednesday, August 20, 2025.

2. Defendants will file their response to Plaintiffs' motion by Friday, August 29, 2025.

3. Plaintiffs will file their reply in support of the motion for injunction pending appeal by Tuesday, September 2, 2025.

4. The hearing on Plaintiffs' motion for injunction pending appeal will be scheduled for Monday, September 8, 2025, or a date convenient for the Court.

**IT IS SO STIPULATED.**

DATED: August 19, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Stephanie Maloney (*pro hac vice*)
Kevin Palmer (*pro hac vice*)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

DATED: August 19, 2025

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

By: */s/ Caitlan McLoon*
    CAITLAN MCLOON
    Deputy Attorney General

*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 19, 2025                    Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Stephanie Maloney (*pro hac vice*)
Kevin Palmer (*pro hac vice*)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*