# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-00801-ODW-PVCx<br><br>**ORDER GRANTING STIPULATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL** |

# ORDER

Having considered the parties' Joint Stipulation, (ECF No. 113), and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs shall file their motion for injunction pending appeal on or before Wednesday, August 20, 2025;

2. Defendants shall file their opposition to Plaintiffs' motion for injunction pending appeal on or before Friday, August 29, 2025;

3. Plaintiffs shall file their reply in support of their motion for injunction pending appeal on or before Tuesday, September 2, 2025; and

4. The hearing on Plaintiffs' motion for injunction pending appeal is scheduled for Monday, September 8, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 20, 2025

Honorable Otis D. Wright, II
United States District Judge