EUGENE SCALIA, SBN 151540
    escalia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M. St. N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

(*Additional counsel listed on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California.<br><br>　　　　Defendants. | CASE NO. 2:24-cv-00801-ODW-PVC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR INJUNCTION PENDING APPEAL**<br><br>**Ruling Requested by September 15, 2025**<br><br><br>**HEARING:**<br>Date:　　September 8, 2025<br>Time:　　1:30 PM<br>Location: Courtroom 5D<br>Judge:　　Otis D. Wright II |

BRADLEY J. HAMBURGER,
  SBN 266916
  bhamburger@gibsondunn.com
SAMUEL ECKMAN, SBN 308923
  seckman@gibsondunn.com
ELIZABETH STRASSNER,
  SBN 342838
  estrassner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

BRIAN A. RICHMAN
(*pro hac vice*)
    DC Bar No. 230071
    brichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX  75201-2923
Telephone:  214.698.3100
Facsimile:   214.571.2900

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

KEVIN PALMER
(*pro hac vice*)
    DC Bar No. 90014967
    kpalmer@uschamber.com
CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA
1615 H Street, NW
Washington, D.C.  20062-2000
Telephone:  202.659.6000
Facsimile:   202.463.5302

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

**TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 8, 2025 at 1:30 PM, or as soon thereafter as may be heard by the Court, before the Honorable Otis D. Wright II, United States District Judge, in Courtroom 5D of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association will, and hereby do, move pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1)(C) for an injunction pending appeal of the Court's order denying their motion for a preliminary injunction barring defendants from implementing, applying, or taking any action to enforce Senate Bills 253 and 261.  Plaintiffs are entitled to interim relief because they face imminent and irreparable First Amendment harm from compelled speech under SB 253 and SB 261, and have raised serious constitutional questions warranting appellate review before the laws take effect.  Plaintiffs respectfully request a ruling on this motion by **September 15, 2025**, so that Plaintiffs may promptly seek relief from the Ninth Circuit if this Court declines to grant an injunction pending appeal.

This Motion is based on this Notice of Motion and Motion for Injunction Pending Appeal; the accompanying Memorandum of Points and Authorities; all pleadings, records, and files in this action; all matters of which judicial notice may or shall be taken; and any other oral or written evidence or argument that the Court may consider.

This Motion is made following the conference between counsel for Plaintiffs and Defendants, pursuant to Central District Local Rule 7-3, which took place on August 15, 2025.

DATED: August 20, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Bradley J. Hamburger*
Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Kevin Palmer (*pro hac vice*)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*