UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-00801-ODW (PVCx) | Date | August 21, 2025 |
|---|---|---|---|
| Title | *Chamber of Commerce of the United States of America et al v. California Air Resources Board et al.* | | |

Present: The Honorable  Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**             **In Chambers**

On its own motion, the Court finds it necessary to reschedule the hearing on Plaintiffs' motion for injunction pending appeal from September 8, 2025, at 1:30 p.m. to **September 15, 2025, at 1:30 p.m**.

**IT IS SO ORDERED.**

                                                                                 :   00

                                               Initials of Preparer   SE