Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

*Attorney for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, Los Angeles County Business Federation, American Farm Bureau Federation, Western Growers Association, Central Valley Business Federation*

[Additional counsel on next page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION, <br><br>　　　　Plaintiffs, <br>　v. <br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California. <br><br>　　　　Defendants. | Case No. 2:24-cv-00801-ODW-PVC <br><br> **JOINT STIPULATION TO STAY PROCEEDINGS** <br><br> **HEARING:** <br> Date: <br> Time: <br> Location:　Courtroom 5D <br> Judge:　　Otis D. Wright |

1  Eugene Scalia (SBN 151540)
      escalia@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
3  1700 M. St. N.W.
   Washington, D.C. 20036
4  Telephone: (202) 955-8500
   Fax: (202)467-0539
5
6  Bradley J. Hamburger (SBN 266916)
      bhamburger@gibsondunn.com
7  Samuel Eckman (SBN 308923)
      seckman@gibsondunn.com
8  Elizabeth Strassner (SBN 342838)
      estrassner@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
10 333 South Grand Ave.
   Los Angeles, CA 90071
11 Telephone: (213) 229-7000
   Fax: (213) 229-7520
12
13 Brian A. Richman (*pro hac vice*)
      brichman@gibsondunn.com
14 GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Ave., Suite 2100
15 Dallas, TX 75201
   Telephone: (214) 698-3100
16 Fax: (214) 571-2900
17
   Collin J. Vierra (SBN 322720)
18    cvierra@eimerstahl.com
   EIMER STAHL LLP
19 1999 South Bascom Ave., Ste. 1025
   Campbell, CA 95008
20 Telephone: (408) 889-1690
   Fax: (312) 692-1718
21
22 *Attorneys for Plaintiffs Chamber of Commerce of the United States of America,
   California Chamber of Commerce, American Farm Bureau Federation, Los
23 Angeles County Business Federation, Central Valley Business Federation, and
   Western Growers Association*
24

Stephanie A. Maloney (*pro hac vice*)
  smaloney@uschamber.com
Kevin Palmer (*pro hac vice*)
  kpalmer@uschamber.com
CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA
1615 H Street, NW
Washington, D.C. 20062-2000
Telephone: (202) 659-6000
Facsimile: (202) 463-5302

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

Rob Bonta
Attorney General of California
Myung J. Park (SBN 210866)
Laura J. Zuckerman (SBN 161896)
Supervising Deputy Attorneys General
M. Elaine Meckenstock (SBN 268861)
Caitlan McLoon (SBN 302798)
Emily Hajarizadeh (SBN 325246)
Dylan Redor (SBN 349453)
Katherine Gaumond (SBN 349453)
David Zaft (SBN 237365)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6438
Fax: (916) 731-2128

*Attorney for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

3   2:24-cv-00801-ODW-PVC
JOINT STIPULATION TO STAY PROCEEDINGS

1. This stipulation is entered into by and among Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, Los Angeles County Business Federation, American Farm Bureau Federation, Western Growers Association, and Central Valley Business Federation (together, "Plaintiffs"), and Defendants Liane M. Randolph, in her official capacity as Chair of the California Air Resources Board, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Robert A. Bonta, in his official capacity as Attorney General of California (together, "Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, pursuant to Local Rule 7-1.

**WHEREAS**, on August 13, 2025, the Court denied Plaintiffs' Motion for Preliminary Injunction. Dkt. 112.

**WHEREAS**, on August 20, 2025, Plaintiffs appealed this Court's denial of their Motion for a Preliminary Injunction to the United States Court of Appeals for the Ninth Circuit. Dkt. 114.

**WHEREAS**, this Court retains jurisdiction to stay its own proceedings pending appeal. *See, e.g.*, *Chinaryan v. City of Los Angeles*, 122 F.4th 823 (9th Cir. 2024); *Landis v. North American Co.*, 299 U.S. 248 (1936); Fed. R. App. P. 8.

**WHEREAS**, in considering whether to stay proceedings, a district court considers (1) "the possible damage which may result from the granting of a stay," (2) "the hardship or inequity which a party may suffer in being required to go forward," and (3) "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law" which could be expected to result from a stay. *Chinaryan*, 122 F.4th at 825 (citation omitted).

**WHEREAS**, the Parties agree that a stay will not harm either Plaintiffs or Defendants, and that it is in both Parties' interests to await further guidance from the Ninth Circuit.

**WHEREAS**, the Parties have been diligently proceeding with discovery, but still have significant discovery outstanding, including uncompleted document productions and depositions.

**WHEREAS**, the Parties anticipate that discovery disputes may arise that would require this Court's intervention, including over the scope of attorney-client privilege, joint interest privilege, First Amendment privilege, and deliberative process privilege.

**WHEREAS**, a stay would promote judicial efficiency by potentially allowing these discovery disputes to be avoided, depending on how the Ninth Circuit resolves the appeal.

**WHEREAS**, the Ninth Circuit's decision is likely to clarify the issues, proof, and questions of law necessary for the resolution of this case, in whole or in part, and may "significantly reshape" the merits of this case. *Kuang v. United States Dep't of Def.*, No. 18-CV-03698-JST, 2019 WL 1597495, at *6 (N.D. Cal. Apr. 15, 2019).

**WHEREAS**, under Ninth Circuit Rule 3-3, the Ninth Circuit will expedite briefing and decision of Plaintiffs' appeal, limiting the hardship to the Parties resulting from a pause of discovery, and any impact on this Court.

**WHEREAS**, the "likelihood of success on appeal . . . is not relevant to determine a stay under the *Landis* test." *San Luis Obispo Coastkeeper v. Cnty. of San Luis Obispo*, No. 2:24-CV-06854-SPG-AS, 2025 WL 2092809, at *4 n.3 (C.D. Cal. June 18, 2025).

1 **THEREFORE, IT IS HEREBY STIPULATED** by and between all Parties, through their respective counsel, that further proceedings in this matter, including discovery, pre-trial motions (except for currently pending motions), and trial, shall be stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this Court's interlocutory order denying Plaintiffs' Motion for a Preliminary Injunction.

**IT IS FURTHER STIPULATED** that all current case deadlines are vacated, to be reset after resolution of Plaintiffs' appeal.

**IT IS FURTHER STIPULATED** that Plaintiffs' counsel shall file with this Court a copy of the Ninth Circuit's decision in Plaintiffs' appeal within ten (10) days of its issuance.

**IT IS FURTHER STIPULATED** that the parties will meet and confer after the Ninth Circuit decides Plaintiffs' appeal, and, within 21 days of the Ninth Circuit's decision, file a proposed case management order setting renewed deadlines for discovery, pre-trial motions, and trial.

Respectfully submitted,

By: /s/ Robert E. Dunn
Date: August 29, 2025

Robert E. Dunn (SBN 275600)
Collin J. Vierra (SBN 322720)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Ave., Ste. 1025
Campbell, CA 95008
Telephone: 408-889-1690
Fax: 312-692-1718

Eugene Scalia (SBN 151540)
escalia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

Respectfully submitted,

By: /s/ Caitlan McLoon
Date: August 29, 2025

Caitlan McLoon (SBN 302798)
Caitlan.McLoon@doj.ca.gov
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6438
Fax: (916) 731-2128

*Attorney for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

| | |
|---|---|
| 1 | 1700 M. St. N.W. |
| | Washington, D.C. 20036 |
| 2 | Telephone: (202) 955-8500 |
| | Fax: (202)467-0539 |
| 3 | |
| | Bradley J. Hamburger (SBN 266916) |
| 4 | bhamburger@gibsondunn.com |
| | Samuel Eckman (SBN 308923) |
| 5 | seckman@gibsondunn.com |
| | Elizabeth Strassner (SBN 342838) |
| 6 | estrassner@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 7 | 333 South Grand Ave. |
| | Los Angeles, CA 90071 |
| 8 | Telephone: (213) 229-7000 |
| | Fax: (213) 229-7520 |
| 9 | |
| | Brian A. Richman (*pro hac vice*) |
| 10 | brichman@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 11 | 2001 Ross Ave., Suite 2100 |
| | Dallas, TX 75201 |
| 12 | Telephone: (214) 698-3100 |
| | Fax: (214) 571-2900 |
| 13 | |
| 14 | *Attorney for Plaintiffs Chamber of Commerce of the United States of* |
| 15 | *America, California Chamber of Commerce, Los Angeles County Business Federation, American Farm Bureau Federa-* |
| 16 | *tion, Western Growers Association, Central Valley Business Federation* |
| 17 | |
| 18 | Stephanie A. Maloney (*pro hac vice*) |
| | smaloney@uschamber.com |
| 19 | Kevin Palmer (*pro hac vice*) |
| | kpalmer@uschamber.com |
| 20 | CHAMBER OF COMMERCE OF THE |
| | UNITED STATES OF AMERICA |
| 21 | 1615 H Street, NW |
| | Washington, D.C. 20062-2000 |
| 22 | Telephone: (202) 659-6000 |
| | Fax: (202) 463-5302 |
| 23 | |
| | *Attorneys for Plaintiff Chamber of Commerce of the United States of America* |
| 24 | |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to the counsel of record listed above, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 29, 2025                    /s/ *Robert E. Dunn*
                                          Robert E. Dunn