ROB BONTA
Attorney General of California
MYUNG J. PARK (SBN 210866)
LAURA J. ZUCKERMAN (SBN 161896)
Supervising Deputy Attorneys General
KATHERINE GAUMOND (SBN 349453)
EMILY HAJARIZADEH (SBN 325246)
M. ELAINE MECKENSTOCK (SBN 268861)
DYLAN REDOR (SBN 338136)
DAVID ZAFT (SBN 237365)
CAITLAN MCLOON (SBN 302798)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6438
  Fax:  (916) 731-2128
  E-mail:  Caitlan.McLoon@doj.ca.gov
*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**<br><br>Defendants. | 2:24-cv-00801-ODW-PVC<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' EVIDENCE SUBMITTED IN REPLY IN SUPPORT OF MOTION FOR INJUNCTION PENDING APPEAL**<br><br>Date:       September 15, 2025<br>Time:       1:30 PM<br>Courtroom: 5D<br>Judge:      The Honorable Otis D. Wright, II<br>Trial Date: Not Set<br>Action Filed: 1/30/2024 |

1    Plaintiff filed a Motion for Injunction Pending Appeal on August 20, 2025.
2 Dkt. No. 116. Defendants submitted their Opposition to the Motion on August 29,
3 2025. Dkt. No. 120. Plaintiff filed a Reply in Support of their Motion on September
4 2, 2025, Dkt. No. 122, attaching several pieces of new evidence: the Declaration of
5 Martin Durbin, Dkt. No. 122-1, and accompanying exhibit, Dkt. No. 122-2, and the
6 Supplemental Declaration of Edward J. Shoen, Dkt No. 122-3.

7    It is well settled that the submission of new issues and facts in a reply brief is
8 improper. *Crandall v. Starbucks Corp.*, 249 F. Supp. 3d 1087, 1104 (N.D. Cal.
9 2017) (citing *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996)) ("[C]ourts
10 typically do not consider new evidence first submitted in a reply brief because the
11 opposing party has no opportunity to respond to it."); *see also Tovar v. U.S. Postal
12 Serv.*, 3 F.3d 1271, 1273 n.3 (9th Cir. 1993) (striking portions of reply brief that
13 presented new information).  The testimony and evidence submitted in conjunction
14 with Plaintiffs' reply violates this well-settled prohibition.

15   Both declarations present testimony regarding the alleged compliance burden
16 of reporting under SB 253 and SB 261—testimony that could have been, but was
17 not, submitted with Plaintiffs' motion. Both declarations also purport to
18 characterize information presented by the California Air Resources Board (CARB)
19 at a public workshop updating the public and seeking input regarding the status of
20 regulatory development for SB 253 and SB 261—information which neither
21 reflects the final position of the agency, nor carries any force of law, and
22 characterizations with which CARB disagrees.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Defendants object to Plaintiffs' attempt to introduce new evidence in support of their motion for an injunction pending appeal by attaching it to their reply brief. Accordingly, Defendants object to the admission and/or consideration of the Declaration of Martin Durbin, Dkt. 122-1, and accompanying exhibit, Dkt. No. 122-2, and the Supplemental Declaration of Edward J. Shoen, Dkt. 122-3.

Dated: September 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
KATHERINE GAUMOND
EMILY HAJARIZADEH
M. ELAINE MECKENSTOCK
DYLAN REDOR
DAVID ZAFT
Deputy Attorneys General

/s/ Caitlan McLoon
CAITLAN MCLOON
Deputy Attorney General
*Attorneys for Defendants Liane M. Randolph, Steven S. Cliff, and Robert A. Bonta*

SA2024300503
67914192

# CERTIFICATE OF SERVICE

Case Name:   **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.**

Case No.:   **2:24-cv-00801-ODW-PVC**

I hereby certify that on <u>September 4, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OBJECTION TO PLAINTIFFS' EVIDENCE SUBMITTED IN REPLY IN SUPPORT OF MOTION FOR INJUNCTION PENDING APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 4, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Beatriz Davalos | */s/ Beatriz Davalos* |
| Declarant | Signature |

SA2024300503
66591334.docx