EUGENE SCALIA, SBN 151540
  escalia@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M St. N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

(*Additional counsel listed on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California.<br><br>Defendants. | CASE NO. 2:24-cv-00801-ODW-PVC<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION TO EVIDENCE SUBMITTED IN REPLY**<br><br>**<u>HEARING:</u>**<br>Date:      September 15, 2025<br>Time:      1:30 pm<br>Location: Courtroom 5D<br>Judge:     Otis D. Wright II |

1   BRADLEY J. HAMBURGER
       SBN 266916
2      bhamburger@gibsondunn.com
    SAMUEL ECKMAN
3      SBN 308923
       seckman@gibsondunn.com
4   ELIZABETH STRASSNER
       SBN 342838
5      estrassner@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Ave.
    Los Angeles, CA  90071-3197
7   Telephone:  213.229.7000
    Facsimile:   213.229.7520
8
    BRIAN A. RICHMAN
9   (*pro hac vice*)
       DC Bar No. 230071
10     brichman@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
11  2001 Ross Ave., Suite 2100
    Dallas, TX  75201-2923
12  Telephone:  214.698.3100
    Facsimile:   214.571.2900
13
    *Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation, and Western Growers Association*

    STEPHANIE A. MALONEY
    (*pro hac vice*)
       DC Bar No. 104427
       smaloney@uschamber.com
    KEVIN PALMER
    (*pro hac vice*)
       DC Bar No. 90014967
       kpalmer@uschamber.com
    CHAMBER OF COMMERCE OF THE
    UNITED STATES OF AMERICA
    1615 H Street, NW
    Washington, D.C.  20062-2000
    Telephone:  202.659.6000
    Facsimile:   202.463.5302

    *Attorneys for Plaintiff Chamber of Commerce of the United States of America*

The State's evidentiary objection (Dkt. 123) should be overruled. The challenged declarations respond to issues first raised in the State's opposition and reflect developments after Plaintiffs filed their motion for injunction pending appeal on August 20, 2025 (Dkt. 116). In opposing that motion, the State argued there is no imminent harm because SB 253's implementing regulations are delayed, citing an August 21 CARB "Public Workshop" on "regulation development." Dkt. 120 at 2–3, 4, 18; Dkt. 120-1 at 2. The Durbin and Shoen declarations (Dkts. 122-1, 122-3) provide the Court with current, material facts from that very workshop—facts Plaintiffs could not have presented earlier. The State cannot have it both ways: it cannot rely on the workshop to argue there is no urgency, then disown it now that Plaintiffs have provided the full context. *See Terrell v. Contra Costa Cnty.*, 232 F. App'x 626, 628–29 & n.2 (9th Cir. 2007) (allowing reply material that addressed the same facts as the opposition but provided "the full context").

Reply declarations are permissible when offered to rebut opposition arguments or address changed circumstances. *See, e.g.*, *Farmer v. Barkbox, Inc.*, 2023 WL 3149278, at *1 (C.D. Cal. Apr. 11, 2023) ("'[E]vidence submitted with a reply brief is not new evidence when it is submitted to rebut arguments raised in the opposition brief.'"); *accord United States v. Topkov*, 2015 WL 12683792, at *4 (C.D. Cal. Feb. 5, 2015); *Advanced Media Networks LLC v. Row 44, Inc.*, 2014 WL 5760545, at *1 (C.D. Cal. Nov. 4, 2014); *Burke v. City of Santa Monica*, 2010 WL 11549357, at *3 (C.D. Cal. Nov. 2, 2010); *see also* C.D. Cal. L.R. 7-10 ("A moving party may . . . serve and file a reply memorandum, *and declarations or other rebuttal evidence*." (emphasis added)). The declarations here do both, and their consideration would provide an informed equitable analysis. Striking them would deprive the Court of the most current evidence—evidence the State itself put at issue.

DATED: September 8, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Bradley J. Hamburger*
Eugene Scalia, SBN 151540
Bradley J. Hamburger, SBN 266916
Samuel Eckman, SBN 308923
Brian A. Richman (*pro hac vice*)
Elizabeth Strassner, SBN 342838

*Attorneys for Plaintiffs Chamber of Commerce of the United States of America, California Chamber of Commerce, American Farm Bureau Federation, Los Angeles County Business Federation, Central Valley Business Federation and Western Growers Association*

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

Stephanie A. Maloney (*pro hac vice*)
Kevin Palmer (*pro hac vice*)

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*