# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,<br><br>      Plaintiffs,<br>  v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California.<br><br>      Defendants. | Case No. 2:24-cv-00801-ODW-PVC<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS**<br><br><u>**HEARING:**</u><br>Date:<br>Time:<br>Location:  Courtroom 5D<br>Judge:     Otis D. Wright |

2:24-cv-00801-ODW-PVC
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS

# ORDER

**GOOD CAUSE APPEARING THEREFOR**, and in accordance with the Stipulation of Parties to Stay Proceedings, **IT IS HEREBY ORDERED**:

1. All proceedings in this matter, including discovery, pre-trial motions (except for currently pending motions), and trial, shall be stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this Court's interlocutory order denying Plaintiffs' Motion for a Preliminary Injunction.

2. All current case deadlines are vacated, to be reset after resolution of Plaintiffs' appeal.

3. Plaintiffs' counsel shall file with this Court a copy of the Ninth Circuit's decision in Plaintiffs' appeal within ten (10) days of its issuance.

4. Following the Ninth Circuit's decision, the parties will meet and confer and, within 21 days of the Ninth Circuit's decision, file a proposed case management order setting renewed deadlines for discovery, pre-trial motions, and trial.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 11, 2025

_____
Honorable Judge Otis D. Wright II
United States District Judge

2:24-cv-00801-ODW-PVC
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS