| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 18 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA CHAMBER OF COMMERCE; et al.,

    Plaintiffs - Appellants,

v.

LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; et al.,

    Defendants - Appellees.

No. 25-5327

D.C. No. 2:24-cv-00801-ODW-PVC
Central District of California, Los Angeles

ORDER

The motion for injunction pending appeal (Dkt. No. 6) is **GRANTED IN PART** and **DENIED IN PART**.  The motion is granted as to the enforcement of Senate Bill 261 and denied as to the enforcement of Senate Bill 253.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT